No. 92–7188.  LAZOR v. YLST, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 92–7195.  POWELL v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–7199.  COTNER v. CREEK COUNTY, OKLAHOMA, ET AL.  Sup. Ct. Okla.  Certiorari denied.

No. 92–7200.  BALFOUR v. MISSISSIPPI.  Cir. Ct. Desoto County, Miss.  Certiorari denied.

No. 92–7221.  PRINCE v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 92–7229.  ECHOLS v. YUKON TELEPHONE CO., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–7238.  DeNARDO v. MUNICIPALITY OF ANCHORAGE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–7254.  PHELPS v. EFFERSON.  Ct. Sp. App. Md.  Certiorari denied.

No. 92–7255.  SLOAN v. CITY OF LYNCHBURG ET AL.  C. A. 4th Cir.  Certiorari before judgment denied.

No. 92–7264.  WALKER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–7272.  ROBNETT v. BLODGETT, SUPERINTENDENT, OREGON DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 92–7276.  WOODS v. ZENON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 92–7318.  HOLT v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.